**GOODYEAR TIRE & RUBBER CO v
MARHOFER**

Ohio Appeals, 5th Dist, Coshocton Co
Decided Dec 31, 1930

For full opinion see 176 NE 120; 38 Oh Ap 134 (Oh Bar 6-2-31).